

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2014

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC.**, Texas Ardmor Properties, LP, and Texas Ardmor Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's Motion to Withdraw and Substitute Counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court